GEORGE B. ROSSMAN, Respondent, *v.* THE KNICKERBOCKER ICE COMPANY, Appellant.

(Argued June 12, 1889; decided June 25, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 5, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*Michael M. Forrest* for appellant.

*R. E. Andrews* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

FRANCIS J. MOISSEN, Appellant, *v.* ADOLPHE A. KLOSTER et al., as Executors, etc., Respondents.

(Argued June 13, 1889; decided June 25, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 9, 1886, which affirmed a judgment in favor of defendants, entered upon the report of a referee.

The principal questions presented in this case were in reference to the pleadings and practice, some of which were disposed of on the ground that there were no proper exceptions presenting them ; the others are not considered of sufficient general interest to require a report of the case.

*Francis J. Moissen*, appellant, in person.

*Edward Dooley* for respondents.

POTTER J., reads for affirmance.
All concur, except VANN and BROWN, JJ., not voting.
Judgment affirmed.